William C. YOUNG, Appellant,

v.

SECURITAS SECURITY SERVICES USA, INC., Appellee.

No. 10–3265.

United States Court of Appeals, Eighth Circuit.

Submitted: May 3, 2011.

Filed: Aug. 11, 2011.

William C. Young, Kansas City, MO, pro se.

Stanley N. Wilkins, Slagle & Bernard, Kansas City, MO, for Appellee.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

William Young appeals the district court's[1] order dismissing his civil rights complaint. After careful de novo review, *see Wintermute v. Kan. Bankers Sur. Co.*, 630 F.3d 1063, 1067 (8th Cir.2011), this court agrees with the district court that res judicata barred Young's complaint, *see Kolb v. Scherer Bros. Fin. Servs. Co.*, 6 F.3d 542, 544 (8th Cir.1993) (elements of res judicata).

Accordingly, this court affirms. *See* 8th Cir. R. 47B.

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.